IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALBERT MARTINEZ, Individually and
On Behalf of All Others Similarly Situated                PLAINTIFF

v.                     No. 3:18-cv-136-DPM

BOB ROBISON COMMERCIAL FLOORING, INC.    DEFENDANT

## ORDER

The Robison family and my family have been friends for many years. My impartiality in presiding over this case could be reasonably questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 July 2018