IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALBERT MARTINEZ, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                    No. 3:18-cv-136-JM

**BOB ROBISON COMMERCIAL FLOORING, INC.**            **DEFENDANT**

### JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT
### AND MOTION FOR DISMISSAL OF LAWSUIT

COMES NOW Plaintiff Albert Martinez ("Plaintiff"), by and through his attorneys Chris Burks and Josh Sanford of Sanford Law Firm, PLLC, and Defendant Bob Robison Commercial Flooring, Inc. ("Defendant"), by and through its attorney JB Cross of Cross Construction Law, hereinafter referred to as "the Parties", and for their Joint Motion to Leave to File Documents under Seal, for Approval of FLSA Settlement and Motion for Dismissal of Lawsuit, do hereby state and allege as follows:

1. On 26 July 2018, Plaintiff filed his Collective Action Complaint ("Complaint") in this matter alleging violations of the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA"). *See* ECF No. 1.

2. Specifically, Plaintiff filed his Complaint on behalf of himself and all other hourly-paid installers, helpers, polishers and similar positions for Defendant, alleging that Defendant failed to pay proper overtime premiums for all hours worked in excess of forty (40) hours per week.

Page 1 of 4
*Albert Martinez, et al. v. Bob Robison*
U.S.D.C. (E.D. Ark.) Case No. 3:18-cv-136-JM
Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit

3. Some informal discovery has been exchanged in this matter.

4. Plaintiff has not filed a Motion for Conditional Certification under Federal Rule of Civil Procedure 29 U.S.C. § 216(b) because the Parties have reached an agreement to resolve Plaintiff's claims against Defendant, as well as the claims of those employees similarly situated to Plaintiff, and the Parties have entered into a Settlement Agreement.

5. Counsel for both Parties are experienced in FLSA litigation and have considered the probability of success on the merits in negotiation of the Settlement Agreement.

6. The Settlement Agreement is fair to all parties.

7. After negotiations in which Plaintiff and Defendant were both represented by counsel, Plaintiff and Defendant reached an agreement that resolves Plaintiff's claims in this lawsuit as well as those similarly situated to Plaintiff; Plaintiff and Defendant believe their agreement is fair, reasonable and adequate compromise of a *bona fide* dispute.

8. There was no overreaching by the employer in settlement negotiations and the settlement was the product of arm's-length negotiations between the Parties.

9. In support of this Motion, Plaintiff and Defendant have attached their Settlement Agreement and Release of Claims for review and approval by the Court.

10. This Court shall retain jurisdiction for the purpose of enforcing the settlement, if necessary.

**Page 2 of 4**
**Albert Martinez, et al. v. Bob Robison**
**U.S.D.C. (E.D. Ark.) Case No. 4:17-cv-384-JM**
**Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit**

11. The Parties request that this Court approve the Settlement Agreement and Release of Claims in full settlement of this lawsuit and dismiss all claims filed herein with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant their Joint Motion to approve the FLSA Settlement reached by the Parties, dismiss this matter with prejudice, and for such other and further relief as this Court deems necessary, just and proper.

Page 3 of 4
**Albert Martinez, et al. v. Bob Robison**
**U.S.D.C. (E.D. Ark.) Case No. 4:17-cv-384-JM**
**Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit**

Respectfully submitted,

**ALBERT MARTINEZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center,
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: 501-221-0088
Facsimile: 888-787-2040

Chris Burks
Ark. Bar No. 2010207
Chris @sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**BOB ROBISON COMMERCIAL FLOORING, INC., DEFENDANT**

J.B. CROSS CONSTRUCTION LAW
308 East 8th Street
Little Rock, Arkansas 72202
Telephone: 501-376-3800
Facsimile: 501-372-3359

Junius Bracy Cross, Jr.
Ark. Bar No. 78036
jbcross@cei.net

**Page 4 of 4**
**Albert Martinez, et al. v. Bob Robison**
**U.S.D.C. (E.D. Ark.) Case No. 4:17-cv-384-JM**
**Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit**