IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALBERT MARTINEZ, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

V.                              3:18CV00136 JM

BOB ROBISON COMMERCIAL FLOORING, INC.                    DEFENDANT

## JUDGMENT

Based upon the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 26th day of February, 2019.

_____
James M. Moody Jr.
United States District Judge